UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AX WIRELESS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER INC.,<br><br>    Defendant. | Case No. 2:23-cv-00041-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**MOTION FOR ISSUANCE OF INTERNATIONAL LETTERS OF REQUEST**

**(LETTER ROGATORY)**

NOW INTO COURT, through undersigned counsel comes Plaintiff AX Wireless LLC ("AX Wireless"), who respectfully petitions this Court for the issuance of a Letter of Request (Letter Rogatory) in the form annexed, pursuant to Fed. R. Civ. P. 4(f)(2)(B) and addressed to the appropriate judicial authority in Taiwan, requesting that the Taiwanese Court cause to be served upon the Defendant Acer Inc., the Summons, Complaint for Patent Infringement (with Exhibit 1 and Appendices A-B), and Civil Cover Sheet filed in the present action.  AX Wireless requests that after this Court has signed the Letter of Request, two Exemplified Copies of the Letter be returned to counsel for forwarding, along with the attached documentation, to the United States Department of State, Office of American Citizen Services. The State Department will oversee transmission of the Letter of Request to Taiwan through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2), as well as its presentation to the requested court in Taiwan.

AX Wireless stands ready to reimburse this Court and/or the United States Department of

State for any expenses incurred in connection with the execution of the Letter Rogatory and will remit a cashier's check to the United States Department of States to cover the incurred expenses.

Date:  March 10, 2023　　　　　　　　　　　/s/ Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　　　Email: ederieux@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　　　CAPSHAW DERIEUX, LLP
　　　　　　　　　　　　　　　　　　　　　　TEXAS BAR NO. 05770585
　　　　　　　　　　　　　　　　　　　　　　114 E. Commerce Ave.
　　　　　　　　　　　　　　　　　　　　　　Gladewater, Texas 75647
　　　　　　　　　　　　　　　　　　　　　　(903) 845-5770

　　　　　　　　　　　　　　　　　　　　　　Andrew Y. Choung (admitted in E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　Email: achoung@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　　Jennifer Hayes (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　　　Email: jenhayes@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　　Joshua J. Pollack (admitted in E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　Email: jpollack@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　　Desmond Jui (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　　　Email: djui@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　　　　　　　　　　　　　300 S. Grand Avenue, Suite 4100
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 629-6000

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff AX Wireless LLC*